**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**January 5, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-51365
Summary Calendar
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

         v.

HERMILO LEON-GARCIA

                    Defendant - Appellant

                    ----------------------
         Appeal from the United States District Court
              for the Western District of Texas
                    ----------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

     IT IS ORDERED that appellant's unopposed motion to vacate
sentence is GRANTED.  IT IS FURTHER ORDERED that appellant's un-
opposed motion to remand the case to district court for resen-
tencing in light of <u>Lopez v. Gomez</u> is GRANTED.  IT IS FURTHER
ORDERED that appellant's unopposed motion to issue the mandate

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited circum-
stances set forth in 5TH CIR. R. 47.5.4

immediately upon entry of the court's opinion is GRANTED.